# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANTHONY PARISI, | : | CIVIL ACTION NO. 1:10-CV-1069 |
| --- | --- | --- |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| WILLIAM SCISM, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 23rd day of November, 2010, upon consideration of the report of United States Magistrate Judge J. Andrew Smyser (Doc. 7), recommending that the petition for writ of habeas corpus (Doc. 1) be denied, and, following an independent review of the record and noting that plaintiff Anthony Parisi filed objections[1] to the report on July 29, 2010 (Doc. 8), and the court finding Judge Smyser's analysis to be thorough and well-reasoned, and the court finding plaintiff's objections to be without merit and squarely addressed by Judge Smyser's report, it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The report and recommendation of the magistrate judge (Doc. 7) is ADOPTED.

2. The petition (Doc. 1) for writ of habeas corpus is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

                                           <u>S/ Christopher C. Conner</u>
                                           CHRISTOPHER C. CONNER
                                           United States District Judge